**Benjamin Jacob STRATTON, Plaintiff-Appellant,**

v.

**Commonwealth of VIRGINIA, d/b/a Marc Birnbaun, Defendant-Appellee.**

No. 17-1772

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Benjamin Jacob Stratton, Appellant Pro Se.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Jacob Stratton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stratton v. Commonwealth of Va.*, No. 1:17-cv-00548-TSE-TCB (E.D. Va. May 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED*